**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re: MOHANTY, RANJAN | § | Case No. 10-00061 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Deborah Ebner,</u> trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/11/2016 in Courtroom 201, United States Courthouse Courthouse, Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>02/12/2016</u>                              By: /s/ /s/ Deborah K. Ebner
_____
                                                                        Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MOHANTY, RANJAN                           §         Case No. 10-00061
                                                 §
                                                 §
                                                 §
                    Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 20,689.97 |
| *and approved disbursements of:* | $ | 0.00 |
| *leaving a balance on hand of[1]:* | $ | 20,689.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 20,689.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2,819.00 | 0.00 | 2,819.00 |
| Trustee, Expenses - Deborah Ebner | 0.70 | 0.00 | 0.70 |
| Attorney for Trustee Fees (Other Firm) - Sara E. Lorber | 4,447.50 | 0.00 | 4,447.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 7,267.20 |
| Remaining balance: | $ | 13,422.77 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 13,422.77 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,360.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | IRS | 12,360.56 | 0.00 | 12,360.56 |

|  | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 12,360.56 |
| Remaining balance: | $ | 1,062.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $166,953.12 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 8,592.19 | 0.00 | 54.67 |
| 2 | Fifth Third Bank | 20,634.45 | 0.00 | 131.28 |
| 3 | Chase Bank USA, N.A. | 18,449.66 | 0.00 | 117.38 |
| 4 | Chase Bank USA, N.A. | 13,265.97 | 0.00 | 84.40 |
| 5U | IRS | 496.37 | 0.00 | 3.16 |
| 6 | American Founders Loan Corp | 38,758.26 | 0.00 | 246.59 |
| 7 | American Founders Loan Corp | 24,247.22 | 0.00 | 154.27 |
| 8 | Fia Card Services, NA/Bank of America | 42,509.00 | 0.00 | 270.46 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for timely general unsecured claims: $ 1,062.21
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $30,035.53 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | American Express Centurion Bank | 30,035.53 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared by: /s/ /s/ Deborah K. Ebner
_____
                                    Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-00061-BWB
Ranjan Mohanty                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Feb 16, 2016
                             Form ID: pdf006           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2016.
db             +Ranjan Mohanty,   2652 Dunrobin Circle,   Aurora, IL 60503-4773
14923095       +American Express,   c/o Nationwide Credit Inc.,   2015 Vaughn Rd. NW Bld 400,
                Kennesaw, GA 30144-7801
17078365        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14923096       #American Founders Bank,   Operations Center,   PO Box 2250,   Lexington, KY 40588-2250
15380572       +American Founders Loan Corp,   Scott T. Rickman,   133 West Short Street,
                Lexington,KY 40507-1301
14923097        American Servicing Company,   PO Box 10388,   Des Moines, IA 50306-0388
14923098        Americas Servicing Company,   PO Box 10328,   Des Moines, IA 50306-0328
14923099       +Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14923100       +Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
20311507        Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC 28272-1083
14923101       +Central Insurance Services,   2350 Regency Road,   Lexington, KY 40503-2351
15287217        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14923102       +Chase Visa,   P.O. Box 15153,   Wilmington, DE 19886-5153
14923105       +Dennis Szczesniak,   1229 Janas Lane,   Lemont, IL 60439-6119
14923108        EMC,   Box 660530,   Dallas, TX 75266
14923109       +EMC Mortgage Corp.,   PO Box 141358,   Irving, TX 75014-1358
14923111       +Fifth Third Bank,   PO Box 630900,   Cincinnati, OH 45263-0900
14923110       +Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
14957941        Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
14923115       +LCS Financial Services Corp.,   6560 Greenwood Plaza,   Suite 375,   Englewood, CO 80111-7106
14923116       +McFadden & Dillon, PC,   120 S. LaSalle Street,   Suite 1335,   Chicago, IL 60603-3581
14923117       +Monica Mohanty,   2652 Dunrobin Circle,   Aurora, IL 60503-4773
14923120       +NCO Financial Systems Inc.,   P.O. Box 61247,   Dept. 64,   Virginia Beach, VA 23466-1247
14923119       +Nationwide Credit, Inc.,   2015 Vaughn Road,   Kennesaw, GA 30144-7802
14923121       +Scott T. Rickman,   Morgan & Pottinger, P.S.C.,   133 W. Short Street,
                Lexington, KY 40507-1395
14923122       +Timothy J. Somen,   McFadden & Dillon, P.C.,   120 S. LaSalle Street, #1335,
                Chicago, IL 60603-3581
14923123       +Wells Fargo Home Mortgage,   PO Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15248949        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2016 03:05:12
                Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
                Oklahoma City, OK  73124-8839
15636710        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2016 03:05:20
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,
                PO Box 248809,  Oklahoma City, OK  73124-8809
15257442       +E-mail/Text: collectionbankruptcies.bancorp@53.com Feb 17 2016 02:51:03    Fifth Third Bank,
                Bankruptcy Department/MD#RSCB3E,   1830 E Paris SE,   Grand Rapids MI 49546-6253
14923113        E-mail/Text: cio.bncmail@irs.gov Feb 17 2016 02:48:32    IRS,   P.O. Box 21126,
                Philadelphia, PA 19114
                                                                            TOTAL: 4


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Firm of William J Factor LTD
aty             Zane Zielinski,   Law Office of William J. Factor, Ltd.
14923103*      +Chase Visa,   P.O. Box 15153,   Wilmington, DE 19886-5153
14923104*      +Chase Visa,   P.O. Box 15153,   Wilmington, DE 19886-5153
14923106*      +Dennis Szczesniak,   1229 Janas Lane,   Lemont, IL 60439-6119
14923107*      +Dennis Szczesniak,   1229 Janas Lane,   Lemont, IL 60439-6119
14923114*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  IRS,   P.O. Box 21126,   Philadelphia PA 19114)
14923118*      +Monica Mohanty,   2652 Dunrobin Circle,   Aurora, IL 60503-4773
14923112       ##+Freedman Anselmo Lindberg & Rappe,   1807 W. Diehl Rd.,   Suite 333,
                Naperville, IL 60563-1890
                                                                      TOTALS: 2, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Feb 16, 2016
                             Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2016 at the address(es) listed below:
          Bradley S Covey    on behalf of Debtor 1 Ranjan  Mohanty bradley.covey@gmail.com,
           susan@coveybankruptcy.com;susan.coveybankruptcy@gmail.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Attorney   The Law Office of William J. Factor, Ltd.
           dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Jose G Moreno    on behalf of Creditor   America's Servicing Company nd-one@il.cslegal.com
          Michael P Kelleher    on behalf of Debtor 1 Ranjan  Mohanty mkelleherlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sara E Lorber    on behalf of Attorney   The Law Office of William J. Factor, Ltd.
           slorber@wfactorlaw.com,
           slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
          Zane L Zielinski    on behalf of Trustee Deborah  Kanner Ebner trustee@zanezielinski.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
          Zhijun  Liu    on behalf of Trustee Deborah  Kanner Ebner jliu@wfactorlaw.com
                                                                            TOTAL: 10
```