UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-00061 |
| Ranjan Mohanty, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL**
**APPLICATION OF FACTORLAW FOR COMPENSATION**

This matter coming to be heard on the the First and Final Application (the "Application") of FactorLaw for Compensation, as counsel to Deborah K. Ebner, not individually but as the chapter 7 Trustee for the bankruptcy estate of Ranjan Mohanty (the "Trustee"); the Court having reviewed the Application and being otherwise advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Application is granted as provided for herein.

2. The Law Offices of William J. Factor, LTD (i.e., FactorLaw) is hereby awarded and allowed fees in the amount of $4,447.50 for services rendered to the Trustee during the period of July 2, 2015 through January 13, 2016, as an administrative expense pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2).

3. The Trustee is authorized to pay the compensation awarded to FactorLaw from the funds collected in the case, without further order of Court.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  March 11, 2016

**Prepared by:**

Sara E. Lorber (6229740)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233