**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MOHANTY, RANJAN § Case No. 10-00061
§
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $841,504.00 | Assets Exempt: | $45,572.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $13,422.77 | Claims Discharged Without Payment: | $320,102.44 |
| Total Expenses of Administration: | $7,267.20 | | |

　　　　3) Total gross receipts of $20,689.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,689.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $955,841.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,267.20 | $7,267.20 | $7,267.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $7,198.00 | $12,360.56 | $12,360.56 | $12,360.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $170,869.00 | $196,988.65 | $196,988.65 | $1,062.21 |
| **TOTAL DISBURSEMENTS** | $1,133,908.00 | $216,616.41 | $216,616.41 | $20,689.97 |

4) This case was originally filed under chapter 7 on 01/04/2010. The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2016      By: /s/ Deborah Ebner
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 16% Interest in Moden Investments, LLC (Kentucky LLC) No liabilities. Only asset is a lawsuit pending in Kentucky against American Founders Bank in the Franklin Circuit Court under docket no. 09 C1 1221. Seeking judgment in amount of $100,185.92. | 1129-000 | $20,689.97 |
| TOTAL GROSS RECEIPTS | | $20,689.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Wells Fargo Home Mortgage | 4110-000 | $266,211.00 | NA | NA | NA |
| N/F | EMC Mortgage Corp. | 4110-000 | $131,966.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 4110-000 | $10,500.00 | NA | NA | NA |
| N/F | American Servicing Company | 4110-000 | $547,164.00 | NA | NA | NA |
| | TOTAL SECURED | | $955,841.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah Ebner | 2100-000 | NA | $2,819.00 | $2,819.00 | $2,819.00 |
| Deborah Ebner | 2200-000 | NA | $0.70 | $0.70 | $0.70 |
| Sara E. Lorber | 3210-000 | NA | $4,447.50 | $4,447.50 | $4,447.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $0.00 | $7,267.20 | $7,267.20 | $7,267.20 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | IRS | 5800-000 | $7,198.00 | $12,360.56 | $12,360.56 | $12,360.56 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $7,198.00 | $12,360.56 | $12,360.56 | $12,360.56 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $6,856.00 | $8,592.19 | $8,592.19 | $54.67 |
| 2 | Fifth Third Bank | 7100-000 | $20,166.00 | $20,634.45 | $20,634.45 | $131.28 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $16,800.00 | $18,449.66 | $18,449.66 | $117.38 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $14,800.00 | $13,265.97 | $13,265.97 | $84.40 |
| 5U | IRS | 7100-000 | $0.00 | $496.37 | $496.37 | $3.16 |
| 6 | American Founders Loan Corp | 7100-000 | $0.00 | $38,758.26 | $38,758.26 | $246.59 |
| 7 | American Founders Loan Corp | 7100-000 | $0.00 | $24,247.22 | $24,247.22 | $154.27 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | $42,509.00 | $42,509.00 | $42,509.00 | $270.46 |
| 9 | American Express Centurion Bank | 7200-000 | $30,100.00 | $30,035.53 | $30,035.53 | $0.00 |
| N/F | Freedman Anselmo Lindberg & Rappe | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Nationwide Credit, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Central Insurance Services | 7100-000 | $2,796.00 | NA | NA | $0.00 |
| N/F | Scott T. Rickman Morgan & Pottinger, P.S.C. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | EMC | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Americas Servicing Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | LCS Financial Services Corp. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | McFadden & Dillon, PC | 7100-000 | $36,842.00 | NA | NA | $0.00 |
| N/F | NCO Financial Systems Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Timothy J. Somen McFadden & Dillon, P.C. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | American Founders Bank Operations Center | 7100-000 | $0.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $170,869.00 | $196,988.65 | $196,988.65 | $1,062.21 |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| Case No.: | 10-00061 | Trustee Name: | (330480) Deborah Ebner |
| Case Name: | MOHANTY, RANJAN | Date Filed (f) or Converted (c): | 01/04/2010 (f) |
| | | § 341(a) Meeting Date: | 02/03/2010 |
| For Period Ending: | 04/29/2016 | Claims Bar Date: | 06/03/2010 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 2652 Dunrobin Circle, Aurora, IL. | 295,000.00 | 0.00 | | 0.00 | FA |
| 2 | Rental: 12126 South Nagle Avenue, Palos Heights, IL. (House & Vacant Lot) | 514,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Cash on Hand | 10.00 | 10.00 | | 0.00 | FA |
| 4 | Checking W/National City (joint account with debtor's non-filing spouse. Total funds in account are $7997.00. Half of funds belong to non-filing spouse) Account is subject to a Citation lien of Amerian Founders. | 3,999.00 | 0.00 | | 0.00 | FA |
| 5 | Joint checking account with debtor's spouse at 5th 3rd Bank. Total in account is $185.00. | 92.00 | 92.00 | | 0.00 | FA |
| 6 | Ordinary Household Goods & Furnshings (Debtor's half interest) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Debtor's Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding band, two watches, one simple gold chain | 150.00 | 150.00 | | 0.00 | FA |
| 9 | Term life insurance policy with Northwestern Mutual. (Wife is beneficiary). $900,000.00 payout in event of death. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's whole life policy Northwestern Mutual.. (Wife is beneficiary) | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 11 | Education IRA for debtor's older son | 1,086.00 | 0.00 | | 0.00 | FA |
| 12 | 50% interest Moden Stone and Tile, Inc. Illinois S Corp. No assets. No liabilities. Never conducted business. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 10-00061 | | | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|---|---|
| Case Name: | MOHANTY, RANJAN | | | Date Filed (f) or Converted (c): | 01/04/2010 (f) |
| | | | | § 341(a) Meeting Date: | 02/03/2010 |
| For Period Ending: | 04/29/2016 | | | Claims Bar Date: | 06/03/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 13 | 16% Interest in Moden Investments, LLC (Kentucky LLC) No liabilities. Only asset is a lawsuit pending in Kentucky against American Founders Bank in the Franklin Circuit Court under docket no. 09 C1 1221. Seeking judgment in amount of $100,185.92. | Unknown | Unknown | | 20,689.97 | FA |
| 14 | 50% interest in Moden Properties, Inc. No assets | 242.00 | 0.00 | | 0.00 | FA |
| 15 | 50% interest Moden Stone and Tile, Inc. Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Vehicle: 2005 Toyota Avalon (58,000 Miles) Owns jointly with non-filing spouse. | 12,625.00 | 2,125.00 | | 0.00 | FA |
| 17 | Vehicle: 2003 Honda Odyssey (100,000 Miles) owns jointly with non-filing spouse. | 7,000.00 | 2,200.00 | | 0.00 | FA |
| 17 | Assets     Totals     (Excluding unknown values) | **$841,504.00** | **$11,577.00** | | **$20,689.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

September 18, 2015- Trustee retained Zane Zelinsky Attorney to compel accounting of funds of deposit in IOLTA account of attorney James T. Gilbert. Funds are the proceeds of a successfully prosecuted lawsuit, and are being held to cover Debtor's distributive share . Plaintiff in the lawsuit was Debtor's LLC. (See docket for retention date.)

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 01/29/2016 (Actual) |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 10-00061 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MOHANTY, RANJAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4634 | Account #: | ******4900 Checking |
| For Period Ending: | 04/29/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/20/2016 | {13} | Coy, Gilbert, Shephard & Wilson, Trust Account | | 1129-000 | 20,689.97 | | 20,689.97 |
| 03/15/2016 | 101 | Sara E. Lorber | Dividend paid 100.00% on $4,447.50 \| Claim # ATTY FEE \| Filed: $4,447.50 | 3210-000 | | 4,447.50 | 16,242.47 |
| 03/15/2016 | 102 | Deborah Ebner | Dividend paid 100.00% on $2,819.00 \| Claim # FEE \| Filed: $2,819.00 | 2100-000 | | 2,819.00 | 13,423.47 |
| 03/15/2016 | 103 | Deborah Ebner | Dividend paid 100.00% on $0.70 \| Claim # TE \| Filed: $0.70 | 2200-000 | | 0.70 | 13,422.77 |
| 03/15/2016 | 104 | IRS | Dividend paid 100.00% on $12,360.56 \| Claim # 5P \| Filed: $12,360.56 | 5800-000 | | 12,360.56 | 1,062.21 |
| 03/15/2016 | 105 | Capital One Bank (USA), N.A. | Dividend paid 0.64% on $8,592.19 \| Claim # 1 \| Filed: $8,592.19 | 7100-000 | | 54.67 | 1,007.54 |
| 03/15/2016 | 106 | Fifth Third Bank | Dividend paid 0.64% on $20,634.45 \| Claim # 2 \| Filed: $20,634.45 | 7100-000 | | 131.28 | 876.26 |
| 03/15/2016 | 107 | Chase Bank USA, N.A. | Dividend paid 0.64% on $18,449.66 \| Claim # 3 \| Filed: $18,449.66 | 7100-000 | | 117.38 | 758.88 |
| 03/15/2016 | 108 | Chase Bank USA, N.A. | Dividend paid 0.64% on $13,265.97 \| Claim # 4 \| Filed: $13,265.97 | 7100-000 | | 84.40 | 674.48 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 10-00061 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MOHANTY, RANJAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4634 | Account #: | ******4900 Checking |
| For Period Ending: | 04/29/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/15/2016 | 109 | IRS | Dividend paid 0.64% on $496.37 \| Claim # 5U \| Filed: $496.37 | 7100-000 | | 3.16 | 671.32 |
| 03/15/2016 | 110 | American Founders Loan Corp | Dividend paid 0.64% on $38,758.26 \| Claim # 6 \| Filed: $38,758.26 | 7100-000 | | 246.59 | 424.73 |
| 03/15/2016 | 111 | American Founders Loan Corp | Dividend paid 0.64% on $24,247.22 \| Claim # 7 \| Filed: $24,247.22 | 7100-000 | | 154.27 | 270.46 |
| 03/15/2016 | 112 | Fia Card Services, NA/Bank of America | Dividend paid 0.64% on $42,509.00 \| Claim # 8 \| Filed: $42,509.00 | 7100-000 | | 270.46 | 0.00 |
| | | | **COLUMN TOTALS** | | 20,689.97 | 20,689.97 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,689.97 | 20,689.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,689.97** | **$20,689.97** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-00061 | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | MOHANTY, RANJAN | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4634 | | **Account #:** | ******4900 Checking |
| **For Period Ending:** | 04/29/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4900 Checking | $20,689.97 | $20,689.97 | $0.00 |
| | **$20,689.97** | **$20,689.97** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**